# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MORRIS DUANE BUCKLES,

        Plaintiff,                                   Civil No. 14-648 (JRT/HB)

v.

DENESE WILSON, Warden,                **ORDER ON REPORT**
                                                                     **AND RECOMMENDATION**
        Defendant.

---

Morris Duane Buckles, 02885-046, K-1, FCI-Sandstone, P.O. Box 1000, Sandstone, MN 55072, *pro se* plaintiff,

D. Gerald Wilhelm, Gregory Brooker, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.     The Report and Recommendation is **ADOPTED**;

    2.     The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED AS MOOT**;

    3.     The Motion for Order of Writ of Mandamus Pursuant to 28 U.S.C. § 1361 [Doc. No. 2] is **DENIED**; and

    4.     This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 22, 2014                    s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                    United States District Judge